IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DOROTHY MARIE WILLARD,** | CV F 04-6406 OWW WMW HC |
| Petitioner, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS RE PETITION FOR WRIT OF HABEAS CORPUS |
| v. | |
| **UNITED STATES OF AMERICA,** | [Doc. 10] |
| Respondent. | |

Petitioner is a federal prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. Section 2241.

On August 9, 2005, the Magistrate Judge issued Findings and Recommendation that the petition for writ of habeas corpus be DISMISSED. These Findings and Recommendation were served on all parties and contained notice that any objections were to be filed within thirty days of the date of service of the order. Over thirty days have passed and no party has

1  filed objections.[1]

2      In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court finds that the Findings and Recommendation is supported by the record and proper analysis.

    Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendation issued August 9, 2005, are ADOPTED IN FULL;
2. The petition for writ of habeas corpus is DISMISSED for failure to prosecute;
3. The Clerk of the Court is directed to enter judgment for Respondent and to close this case.

IT IS SO ORDERED.

**Dated:   September 26, 2005**         **/s/ Oliver W. Wanger**
emm0d6        UNITED STATES DISTRICT JUDGE

---

[1] The court notes that the copy of the findings and recommendations served on Petitioner was returned by the United States Postal Service with the notation "attempted - not known" The copy, however, was served on Petitioner at her address of record and pursuant to Local Rule 83-182(e) such service is fully effective.